AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

2021 MAR 12 AM 11: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

JOSEPH HENRY SHELLMAN Jr.
*Petitioner*

v.

Case No. 5:21-cv-135-TPB-PRL
*(Supplied by Clerk of Court)*

FEDERAL BUREAU OF PRISONS
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Joseph Henry Shellman, Jr.
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Regional Reintergration Center
   (b) Address: 4102 W. Hillsborough Avenue
   Tampa, FL. 33614
   (c) Your identification number: 62194-018
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: United Staes District Court
       Middle district of Florida  Tampa Division
       (b) Docket number of criminal case: 8:15-cr-85-T-17AEP
       (c) Date of sentencing: 02/26/2016
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Bureau of Prison Regional Reintergration Center 6303 State road 500, Wildwood Florida, 34785
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): D.H.O.#3383860 Possession of a hazardous tool

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes            ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Federal Bureau of Prisons South Central Regional Office

       (2) Date of filing: 03/07/2021
       (3) Docket number, case number, or opinion number:   1019033-R2
       (4) Result: Denied
       (5) Date of result: 03/07/2021
       (6) Issues raised:   all Vested Goodtime credits should not have been taken, only the credit that I have not earned, i.e. 54 days

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: Federal Bureau of Prisons Central Office

        (2) Date of filing: 07/17/2020
        (3) Docket number, case number, or opinion number: 1019033-C1
        (4) Result: Denied
        (5) Date of result: 11/17/2020
        (6) Issues raised: All vested goodtime credits should not have been taken, only the credit that I had not yet earned

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal: There was no third appeal when appealing a D.H.O. action, only the Bp-10 and Bp-11

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☑ No
If "Yes," answer the following:
    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   I am not challenging the sentence, but the execution of said sentence

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☐ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** All of my vested goodtime credits should not have been taken, but only the credits that I was yet to earn.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Under the Prisoner Litigation reform Act (PLRA) the Bureau of prisons is not directed to take vested credits.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** The removal of all vested goodtime credits was excessive and unwarranted

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Other federal Inmates with the same incident report did not receive such sanctions, so I should not have either.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

## Request for Relief

15. State exactly what you want the court to do: restore my vested good time credits taken in the incident report, and order my release from custody.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

March/ 10 /2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/10/2021

Signature of Petitioner

N/A
Signature of Attorney or other authorized person, if any

Joseph H. Shellman, Jr

4102 W. Hillsborough Avenue

Tampa, FL. 33614

RECEIVED

2021 MAR 12 AM 11: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

To: Clerk of the Court

Date: 3/10/2021

United States District Court

207 N.W. Second Street, Room 337

Ocala, FL. 34475-6666

Re. Enclosed Title 28 U.S.C. 2241 to be filed, and $5.00 money order enclosed for fee payment.

Dear Clerk,

    Enclosed you will find a $5.00 money order made out to you, the clerk of court

and a properly filled out 2241 form for filing.

    My address is above and for your convenience the Respondents address is 6303 State Road 500, Wildwood, FL. 34785.

    Thank you for your time and service in processing this submission.

Sincerly,

_____

Joseph H. Sellman, Jr.

Joseph H. Shellman, Jr
4102 W. Hillsborough Avenue
Tampa, FL. 33614

SCREENED
By USMS

To: Clerk of the Court
United States District Court
207 N.W. Second Street, Room 337
Ocala, FL. 34475-6666

Tampa/St. Pete FL 336
10 MAR 2021



